UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:07-CR-0059-HDM-VPC |
| Plaintiff, | **CLARIFICATION ORDER** |
| v. | |
| CYNTHIA MAE MULLINS, | |
| Defendant. | |

This matter is before the court to clarify the Judgment previously entered in this criminal case ("Judgment"), (ECF No. 36), following the sentencing held on April 15, 2008. Upon further review of the restitution order in this case, the specific information needed to complete the order of restitution was not made a part of the Judgment.  The Court thus finds good cause exists to clarify the Judgment and modify the restitution order.

**IT IS THEREFORE ORDERED** that the defendant Cynthia Mae Mullins shall make restitution to the following payee(s) listed below:

**Name of Payee:**   SOCIAL SECURITY ADMINISTRATION
Mid-Atlantic PSC
P.O. Box 3430
Philadelphia, PA 19122

**Amount of Restitution:** $43,511.00

**Total Amount of Restitution ordered:  $43,511.00**

DATED this 27th day of July, 2023.

_____

HOWARD D. McKIBBEN
SENIOR UNITED STATES DISTRICT JUDGE